IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LEDERLE KEESAN WALKER,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 3:08cv349-RV/WCS**

**RODNEY OWENS,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This cause is again before me upon referral from the office of the clerk.

This court's order entered in August 26, 2009, granted Defendant's motion to extend the discovery deadline. Docs. 29-30. When that September 30, 2009, deadline expired another order was entered on October 5, 2009, reminding the parties that the deadline for filing potentially dispositive motions was fast approaching. Doc. 31. Because that deadline, October 20, 2009, also passed without any motions being filed an order to show cause was entered on April 8, 2010, giving the Plaintiff until May 6, 2010, to show cause why this case should not be dismissed and warned of dismissal if he failed to respond. To date, no response has been received from Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. See Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.) *cert. denied*, 493 U.S. 863 (1989). Because Plaintiff has failed to prosecute his case, his complaint should be dismissed.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

IN CHAMBERS at Tallahassee, Florida, on May 17, 2010.

    s/ William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**